UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.  CR06-0041-RSL-JPD |
| v. ) | |
| ) | |
| JOSHUA BINDER, ) | DETENTION ORDER |
| ) | |
| Defendant. ) | |
| _____ ) | |

Offenses charged:

Count 1:  Racketeer Influenced and Corrupt Organization (RICO)  in violation of 18 U.S.C. § 1962(c).

Count 2:  Conspiracy to Commit RICO in violation of 18 U.S.C. § 1962(d).

Count 3:  Violent Crime in Aid of Racketeering —  Conspiracy to Murder Michael Walsh in violation of 18 U.S.C. § 1959(a)(5).

Count 4: Violent Crime in Aid of Racketeering — Murder of Michael Walsh in violation of 18 U.S.C. § 1959(a)(1).

Count 11: Interference with Commerce by Threats or Violence in violation of 18 U.S.C. §§ 1951(a) and (b).

Date of Detention Hearing:    February 17, 2006.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds the following:

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) Defendant is facing the possibility of a penalty of death or life in prison on the instant charges which involve crimes of extreme violence.

(2) Defendant is alleged to have made serious threats against witnesses to previous crimes charged against defendant. The fear experienced by the witnesses has allegedly caused the witnesses to withdraw cooperation and the charges to be dismissed.

(3) There appear to be no conditions or combination of conditions other than detention that will reasonably address the danger to other persons or the community.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 21st day of February, 2006.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge