# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RICHARD FABEL, et al.,

    Defendants.

Case No. CR06-041L

ORDER UNSEALING GOVERNMENT'S MOTION

This matter comes before the Court *sua sponte*. On March 10, 2006, the government submitted under seal the "Government's Uncontested Motion in Support of Motion for Discovery Protective Order" (Dkt. # 54-1) and its "Proposed Temporary Protective Order" (Dkt. # 54-2). Upon review of the contents of the motion and proposed order, the Court concludes that the order was improperly sealed, because the public's right of access outweighs the interests of the public and parties in protecting the files from public review. IT IS HEREBY ORDERED that documents numbered 54-1 and 54-2 be UNSEALED.

DATED this 14th day of March, 2006.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER UNSEALING
GOVERNMENT'S MOTION