1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RICHARD ALLEN FABEL,<br>RODNEY ROLLNESS,<br>JOSHUA BINDER, and<br>RICKY JENKS, and<br>PAUL FOSTER.<br><br>　　　　Defendants. | Case No.  CR06-041L<br><br>ORDER GRANTING EXTENSION OF TIME TO DISCLOSE WITNESS LIST AND CONTACT INFORMATION |

This matter comes before the Court on the "Government's Emergency Motion For Reconsideration of Court's Ordering of Witness List & Contact Information By December 1 Or Motion for Extension of Time Within Which To Comply" (Dkt. #309).  The Government seeks an additional week to comply with the Court's November 29, 2006 Order (Dkt. #305) requiring it to disclose its witness list and accompanying contact information to defendants.  Defendants Rollness, Binder and Jenks do not object to the Government's request assuming that their soon to be filed requests for continuance will be considered by the Court.  In anticipation of the Court's consideration of the motions for a continuance in the coming days, the Court hereby GRANTS the Government's motion to extend the deadline to provide defendants with a witness

1 list and contact information (Dkt. #309). As such, the Government shall turn over its witness list
2 and contact information to defendants no later than December 8, 2006.

    DATED this 1st day of December, 2006

_____
Robert S. Lasnik
United States District Judge

ORDER GRANTING EXTENSION OF
TIME TO DISCLOSE WITNESS LIST
AND CONTACT INFORMATION