Chief Judge Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.   CRO6-0041RSL |
| Plaintiff, | |
| v. | ORDER CONTINUING TRIAL DATE |
| RICHARD ALLEN FABEL, RODNEY ROLLNESS, JOSHUA BINDER, RICKY JENKS, and, PAUL FOSTER, | |
| Defendants. | |

**ORDER**

The Court, having reviewed the records and files herein, enters the following order:

1. The charges, which include RICO (18 USC § 1962), VICAR (18 USC § 1959), Hobbs Act Attempted Robbery (18 USC 1951), Witness tampering (18 USC 1512), and the trafficking in stolen motorcycles (18 USC §§ 2312, 2313, 2321), allege a complex racketeering enterprise encompassing murder, robbery, extortion, and trafficking in stolen motorcycles. The penalties for the crimes charged are severe. Count One (RICO) and Count Two (Conspiracy to Commit RICO) carry maximum penalties of life in prison. Count Three (VICAR- murder) carries a mandatory sentence of life in prison upon conviction.

Order Continuing Trial Date /Fabel et al— 1
CR06-0041RSL

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

2.  Several defense counsel acknowledge the need for a continuance. Counsel for Rodney Rollness and Joshua Binder request a continuance of 60 days; counsel for Ricky Jenks requests a continuance of 90 days. Defendant Paul Foster, who is out of custody, and whose case has been severed from the co-defendants, does not oppose a continuance of the trial date. Defendant Fabel objects to any continuance of his trial date.

3.  Under the Speedy Trial Act, the following periods of delay are excluded in computing the time within which the trial of an offense must commence: "[D]elay resulting from any pretrial motion, from the filing of the motion through the conclusion of the hearing on, or other prompt disposition of, such motion." *18 USC 3161(h)(1)(F)*. A number of pretrial motions have been filed in this case, many of which are still pending, and several of which require evidentiary hearings. The new trial date would fall within this excludable time period.

4.  Under the Speedy Trial Act, when the interest of justice mandates a continuance as to one defendant, a district court may continue the trial date, for a reasonable period of time, as to the joined co-defendants. *18 USC § 3161(h)(7); United States v. Messer, 197 F.3d 330, 338 (9th Cir. 1999)*.

5.  For the reasons set forth above, the Court finds that the trial continuance is reasonable as to all defendants. Without rendering a final decision on any severance motions that have been filed, a continuance as to all defendants ensures that all of the defendants charged with RICO, and properly joined, will be tried jointly, thereby effectuating the purposes of § 3161(h)(7) and conserving substantial judicial resources. The continuance to March 5, 2007, ensures that the defendants in pretrial detention will be tried within 13 months of their arrest.

Order Continuing Trial Date /Fabel et al— 2
CR06-0041RSL

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

6. In light of the above, the Court finds that the ends of justice outweigh the best interest of the public and the defendants in a speedy trial. This case is so complex, given the number of defendants and the nature of the prosecution, that it would be unreasonable to expect the parties to adequately prepare for pretrial proceedings or the trial itself by the January 8, 2007 trial date. *See 18 USC § 3161(h)(8)(B)(ii).* Failure to grant a continuance based upon the circumstances would result in a miscarriage of justice in that defense counsel would not have adequate time to prepare the matter for trial. The continuance provides counsel a reasonable amount of time necessary for effective preparation, taking into account the exercise of diligence. *See 18 USC 3161(h)(8)(B)(i).*

IT IS HEREBY ORDERED that the trial date is continued from January 8, 2007 to March 5, 2007.

IT IS FURTHER ORDERED that jury selection will take place on February 26 and 27, 2007.

IT IS FURTHER ORDERED that pursuant to Title 18, United States Code, Section 3161(h), the period of time from the date of this order to the new trial date is excluded in the computation of time under the Speedy Trial Act.

DONE this 11th day of December, 2006.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

Order Continuing Trial Date /Fabel et al— 3
CR06-0041RSL

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970