1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RICHARD ALLEN FABEL,<br>RODNEY ROLLNESS,<br>JOSHUA BINDER, and<br>RICKY JENKS, and<br>PAUL FOSTER.<br><br>    Defendants. | Case No. CR06-041L<br><br>ORDER REQUESTING SUPPLEMENTAL STATEMENT FROM THE GOVERNMENT RELATING TO POTENTIAL BRADY MATERIAL |

17 This matter comes before the Court *sua sponte*. In its November 29, 2006 order, the
18 Court indicated that it would "[n]ot require the Government to turn over Jencks Act material at
19 this time, though the matter will be discussed further at the December 7, 2006 status
20 conference." Order at p. 2 n. 4 (Dkt. #305). At the December 7, 2006 hearing, the Court asked
21 the Government to submit, for *in camera* inspection, any statements it was withholding so that
22 the Court could review the materials for exculpatory information. On December 13, 2006 the
23 Government provided these materials to the Court.
24     The Court has now completed its review and believes at this point that all of the material
25 should be turned over to the defendants under <u>Brady</u> because of its potential impeachment value

26 ORDER REQUESTING SUPPLEMENTAL
STATEMENT FROM THE GOVERNMENT
RELATING TO POTENTIAL BRADY
MATERIAL

relating to key Government witnesses.  Before ordering such material to be turned over, however, the Court will give the Government an opportunity to file a sealed memorandum addressing whether or not it believes such material should be turned over to defendants at this time.  The Government may also include in its memorandum any proposals it may have regarding either the redaction of documents eventually turned over or the scope of any protective order imposed on such materials.  The Government's memorandum will be for the Court's eyes only.

The Government shall file its memorandum with the Court by January 30, 2007.  If it chooses not to file a memorandum, all materials submitted for review by the Court on December 13, 2006 should be turned over to defendants by January 31, 2007.

DATED this 23rd day of January, 2007.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER REQUESTING SUPPLEMENTAL
STATEMENT FROM THE GOVERNMENT
RELATING TO POTENTIAL BRADY
MATERIAL

-2-