UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO.   CR06-41RSL |
| Plaintiff, | ) | ORDER EXTENDING TIME FOR |
| v. | ) | GOVERNMENT'S RESPONSE TO |
| | ) | DEFENDANTS MOTIONS *IN* |
| RICHARD ALLEN FABEL, et al., | ) | *LIMINE* AND FOR DEFENDANTS' |
| | ) | RESPONSE TO GOVERNMENT'S |
| Defendants. | ) | MOTIONS *IN LIMINE* |
| | ) | |

Based upon the government's motion, docket #426, and the records and files herein, it is hereby ORDERED that the Government's Responses to Defendants' Motions *in Limine* are due on January 29, 2007.  The Motions should be noted for consideration on that date.

Based upon defendants' motion, docket #428, and the records and files herein, it is hereby ORDERED that Defendants' Responses to the Government's Motions *in Limine* are due on January 29, 2007.  The Motions should be noted for consideration on that date.

IT IS SO ORDERED.

Dated this 24th day of January, 2007.

Robert S. Lasnik
United States District Judge