UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RICHARD ALLEN FABEL,<br>RODNEY ROLLNESS,<br>JOSHUA BINDER,<br>RICKY JENKS, and<br>PAUL FOSTER<br><br>　　　　　Defendants. | Case No.  CR06-041L<br><br>ORDER DENYING MOTION TO INSPECT SCENE OF RACKETEERING ACT 1 |

　　　This matter comes before the Court on defendant Rollness, Fabel, Binder and Jenks' "Motion to Inspect Scene of Racketeering Act 1" (Dkt. #278). Defendants seek Court authorization to inspect and photograph the apartment where the crime described in Racketeering Act 1 is alleged to have taken place.

　　　The Court concludes that defendants have failed to offer a sufficient factual or legal basis for their request. The apartment in question is a private residence and is not under the "control" of the Government. In fact, Government agents have only been inside the residence once and defendants have been provided photographs that resulted from that visit. Defendants have offered no reason why these photographs are insufficient for the purpose of investigating the allegation at issue in Racketeering Act 1, which has little to do with the physical layout of

1  apartment in question.  Defendants' motion (Dkt. #278) is therefore DENIED.

3       DATED this 30th day of January, 2007

                              /s/ Robert S. Lasnik
                              _____
                              Robert S. Lasnik
                              United States District Judge

ORDER DENYING MOTION TO INSPECT
SCENE OF RACKETEERING ACT 1