## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO.   CR06-41RSL |
| Plaintiff, | ) | ORDER RELEASING EVIDENCE |
| v. | ) | |
| RICHARD ALLEN FABEL ET AL., | ) | |
| Defendants. | ) | |

Based upon the representations in the government's motion and the entirety of the files and record in this case, the Court FINDS and RULES as follows:

On April 6, 2007, Evan Thompson, the Forensic Scientist who had examined items of evidence in this case, resigned from the Washington State Patrol Crime Laboratory.  The government had planned on calling Mr. Thompson to testify about the findings and conclusions he made based upon his examination.

The government has represented that a current Forensic Scientist at the Washington State Patrol Crime Laboratory will have to re-examine the evidence that Mr. Thompson examined so that a current employee can testify in this case.

Some of the items that will need to be re-examined have been admitted as evidence in this case.  Specifically, Exhibits 10.5a & b (the bullets recovered from Mr. Walsh's body), and Exhibit 10.51 (Mr. Walsh's vest) have been entered into evidence and are now in the Court's custody.

[Proposed] Order Releasing Evidence - 1
United States v. Richard Allen Fabel et al., 06-41RSL

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1  Therefore, it is HEREBY ORDERED that:

2   Exhibits 10.5a & b and Exhibit 10.51 be released to the government so that they
3  can be re-examined at the Washington State Patrol Crime Laboratory.  They are to be
4  returned to evidence once the examinations are completed.

5   IT IS SO ORDERED.

7  DATED this 10th day of April, 2007.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

14  Presented by:

15  JEFFREY C. SULLIVAN
16  United States Attorney

17  s/ Tessa M. Gorman
18  WSBA #35908
    Assistant United States Attorneys
19  United States Attorney's Office
    700 Stewart Street, Suite 5220
20  Seattle, WA 98101
21  Telephone: (206) 553-4994 (Gorman)
    Fax:  (206) 553-0755
22  E-mail:  Tessa.Gorman@usdoj.gov

[Proposed] Order Releasing Evidence - 2
United States v. Richard Allen Fabel et al., 06-41RSL

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970