UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RICHARD ALLEN FABEL,<br>RODNEY ROLLNESS,<br>JOSHUA BINDER, and<br>RICKY JENKS, and<br>PAUL FOSTER.<br><br>　　　　Defendants. | Case No.  CR06-041L<br><br>ORDER DENYING MOTION FOR RECONSIDERATION |

This matter comes before the Court on the Government's "Motion for Reconsideration of Court's Oral Order Allowing Juror Contact." (Dkt. #838).  The motion is DENIED.

DATED this 13th day of September, 2007.

　　　　　　　　　　　　　　　　　　/s/ Robert S. Lasnik
　　　　　　　　　　　　　　　　　　Robert S. Lasnik
　　　　　　　　　　　　　　　　　　United States District Judge