UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>JOSHUA BINDER,<br><br>                Defendant. | No. CR06-0041RSL<br><br>ORDER DENYING AS MOOT DEFENDANT BINDER'S MOTION FOR JUDGMENT OF ACQUITTAL |

This matter comes before the Court on "Defendant Binder's Motion for Judgment of Acquittal" (Dkt. #778). In light of defendant Binder's plea agreement and the pending sentencing hearing set for December 19, 2007 (Dkt. ##814, 816, 820), it is hereby ORDERED that defendant Binder's motion (Dkt. #778) is DENIED AS MOOT.

DATED this 27th day of November, 2007.

                                      */s/ Robert S. Lasnik*
                                      Robert S. Lasnik
                                      United States District Judge