1

2

3

4

5

6                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
7                              AT SEATTLE

8  _____
                                          )
9  UNITED STATES OF AMERICA,              )
                                          )        No. CR06-0041RSL
10                        Plaintiff,       )
           v.                             )
11                                         )        ORDER DENYING AS MOOT
   JOSHUA BINDER,                         )        DEFENDANT BINDER'S MOTION
12                                         )        FOR JUDGMENT OF ACQUITTAL
                          Defendant.      )
13 _____)

14         This matter comes before the Court on "Defendant Binder's Motion for Judgment of

15 Acquittal" (Dkt. #778).  In light of defendant Binder's plea agreement and the pending

16 sentencing hearing set for December 19, 2007 (Dkt. ##814, 816, 820), it is hereby ORDERED

17 that defendant Binder's motion (Dkt. #778) is DENIED AS MOOT.

18         DATED this 27th day of November, 2007.

19

20

21                                        Robert S. Lasnik
                                          United States District Judge
22

23

24

25

26

ORDER DENYING AS MOOT DEFENDANT
BINDER'S MOTION FOR JUDGMENT OF ACQUITTAL