1
2
3
4
5
6
7
8
9
10
11
12
13

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | Case No. CR06-41RSL |
|---|---|
| Plaintiff, | ORDER GRANTING EARLY TERMINATION OF SUPERVISED RELEASE |
| v. | |
| JOSHUA BINDER, | |
| Defendant. | |

14  This matter comes before the Court on defendant's "Renewed Motion for Early
15  Termination of Supervised Release" (Dkt. # 1107). The Court, having reviewed the motion,
16  response, records, and files herein, as well as the factors set forth in 18 U.S.C. § 3553(a),
17  GRANTS defendant's motion.
18      Mr. Binder initially moved for early termination of supervised release on July 5, 2022.
19  Dkt. # 1100. The Court held a hearing on October 20, 2022, at which it commended Mr. Binder
20  for his exemplary performance on supervised release but denied the motion. Dkt. # 1106.
21  However, the Court indicated that if Mr. Binder continued to comply with the conditions of his
22  supervised release without violations through March 2023, it would consider terminating
23  supervision at that time. *Id.* The Court is pleased to learn that Mr. Binder has maintained his
24  strong performance on supervision and is now satisfied that termination of supervised release is
25  warranted by the conduct of the defendant and the interest of justice. *See* 18 U.S.C. §§
26  3583(e)(1), 3553(a).
27
28

ORDER GRANTING EARLY TERMINATION OF
SUPERVISED RELEASE - 1

1 | For all of the foregoing reasons, IT IS HEREBY ORDERED that defendant's motion for
2 | early termination of supervised release (Dkt. # 1107) is GRANTED.

4 | DATED this 3rd day of April, 2023.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER GRANTING EARLY TERMINATION OF
SUPERVISED RELEASE - 2